FILED

MAR 5 2019

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Criminal No.** 1:19 cr 17-TSK |
| **DAIVON DUREN,** | |
| **Defendant.** | **Violations:** 18 U.S.C. § 111(a)(1) |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Assault of a Correctional Officer Involving Physical Contact)

On or about November 27, 2018, in Preston County, in the Northern District of West Virginia, defendant **DAIVON DUREN**, an inmate in the custody of the Bureau of Prisons at FCI Hazleton, did intentionally and forcibly assault, resist, and impede any person designated in Section 1114 of Title 18 of the United States Code, to wit: M.B., a federal correctional officer employed with the Federal Bureau of Prisons, while said officer was engaged in the performance of official duties, and, in doing so the defendant made physical contact with M.B.; in violation of Title 18, United States Code, Section 111(a)(1).

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM J. POWELL
UNITED STATES ATTORNEY

Brandon S. Flower
Assistant United States Attorney